B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Titan Loan Investment Fund, L.P. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./ Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>1300 Virginia Drive, Ste. 225<br>Fort Washington, Pennsylvania 19034<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Montgomery County, PA     ZIP CODE 19034 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) See attached Property Location List

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☒ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>        or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br>The Royal Bank of Scotland PLC<br>Name of Petitioner           Date Signed<br><br>Name & Mailing           The Royal Bank of Scotland PLC<br>Address of Individual    600 Washington Blvd.<br>Signing in Representative Stamford, CT 06901<br>Capacity                 Lance W. Haberin<br>                         Senior Vice President of RBS<br>                         Securities, Inc., agent for The<br>                         Royal Bank of Scotland PLC | X _[signature]_____ 6-23-2010<br>Signature of Attorney           Date<br>Gregory W. Werkheiser<br>Name of Attorney Firm (If any)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>Address 1201 North Market Street, 18th Floor<br>P.O. Box 1347, Wilmington, DE 19899-1347<br><br>Telephone No. 302.658.9200 |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner           Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X _____<br>Signature of Attorney           Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner           Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | X _____<br>Signature of Attorney           Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| The Royal Bank of Scotland PLC<br>600 Washington Blvd.<br>Stamford, CT 06901 | Unsecured Bank Debt | not less than $19,000,000, plus interest, fees and costs |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| | | |
|---|---|---|
| Note: | If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims<br>not less than $19,000,000, plus interest, fees and costs |

_____ continuation sheets attached

B5 (Official Form B5) (12/07) – Page 2  Name of Debtor Titan Loan Investment Fund, L.P.
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X *(signed)*
Signature of Petitioner or Representative (State title)
The Royal Bank of Scotland plc
Name of Petitioner                    Date Signed

Name & Mailing         The Royal Bank of Scotland plc
Address of Individual  600 Washington Blvd.
Signing in Representative  Stamford, CT 06901
Capacity               Lance W. Haberin
                       Senior Vice President of RBS
                       Securities, Inc., agent for The
                       Royal Bank of Scotland plc

X _____   Date
Signature of Attorney
Gregory W. Werkheiser
Name of Attorney Firm (If any)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Address 1201 North Market Street, 18th Floor
P.O. Box 1347, Wilmington, DE 19899-1347

Telephone No. 302.658.9200

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____   Date
Signature of Attorney

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____   Date
Signature of Attorney

Name of Attorney Firm (If any)

Address

Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>The Royal Bank of Scotland plc<br>600 Washington Blvd.<br>Stamford, CT 06901 | Nature of Claim<br>Unsecured Bank Debt | Amount of Claim<br>not less than $19,000,000,<br>plus interest, fees and costs |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>not less than $19,000,000,<br>plus interest, fees and costs |

_____ continuation sheets attached